EIGHTH WARD BANK OF BROOKLYN, Respondent, *v.* JAMES G. McLOUGHLIN et al., as Executors of JOHN McLOUGHLIN, Deceased, Appellants.

*Eighth Ward Bank of Brooklyn* v. *McLoughlin,* 113 App. Div. 750, appeal dismissed.

(Argued October 1, 1906; decided October 9, 1906 )

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1906, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the judgment was not appealable under subdivision 4 of section 191 of the Code of Civil Procedure.

*Paul Grout* for motion.

*Cleveland F. Bacon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.